IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:10-CV-28-H

| | |
|---|---|
| 2433 SOUTH BOULEVARD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BANK OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This cause comes before the undersigned upon Plaintiffs' motion for leave to initiate discovery (DE-271). Several Defendants have filed responses in opposition to Plaintiffs' request (DE's 296, 301, 303, 304).

Plaintiffs' "brief in support" of the instant motion consists of a single sentence: "Plaintiffs rely on Fed.R.Civ.Pro. 26." This statement, without more, fails to state good cause. The undersigned also finds that Plaintiffs have not complied with Local Civil Rule 7.1(d). Moreover, the undersigned agrees with Defendants' statement that "[i]t would be inefficient . . . to commence discovery prior to a determination on the pending motions to dismiss" (DE-296, pg. 3). For these reasons, the instant motion (DE-271) is DENIED.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Tuesday, January 25, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE