IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN JUDICIAL DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 10-cv-28 (H)
Consolidating cases 10-cv-227 (H) and 11-cv-51 (H)

| | |
|---|---|
| ADAMS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WACHOVIA BANK, et al., <br><br> Defendants. | ORDER DISMISSING BERTHADALE R. BEST AND ALAN SULLIVAN WITH PREJUDICE AND WITHOUT COSTS |

THIS MATTER IS BEFORE THE COURT by Motion of all Plaintiffs.

This Court, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, having considered Plaintiffs' Motion, does hereby GRANT the Plaintiffs' request for entry of an Order Dismissing Berthadale R. Best and Alan Sullivan with Prejudice and Without Cost and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, ORDERS that the claims of the Plaintiffs against these Defendants should be, and hereby are, dismissed, with prejudice and without costs.

IT IS FURTHER ORDERED that this dismissal does not affect any of the Plaintiffs' remaining claims against any other Defendant in this litigation, nor shall this dismissal be construed as a release or dismissal of any other such party or claim. This dismissal does not constitute a final order, and does not close the case.

This the 6th day of March, 2014

Malcolm J. Howard
Senior United States District Court Judge