IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:10-cv-00028-H

WILLIAM K. ANGEL, *et al.*,

    Plaintiffs,

v.

WACHOVIA BANK n/k/a WELLS
FARGO & COMPANY, *et al.*,

    Defendants.

**ORDER**

Having reviewed the Parties' Joint Report (D.E. 721), and it appearing that there are no outstanding disputed issues at this time that would require an in-person non-final Pretrial Conference on June 7, 2016, and for other good cause shown, the Court hereby finds that the Joint Motion of Wells Fargo and Robert P. Richards to attend the non-final Pretrial Conference on June 7, 2016 by telephone should be and therefore is **GRANTED**, and it is hereby **ORDERED** that Wells Fargo's counsel and Mr. Richards may attend a telephonic status/ scheduling conference in lieu of the in-person non-final Pretrial Conference scheduled for June 7, 2016.

This 6th day of June 2016.

KIMBERLY A. SWANK
U.S. Magistrate Judge